IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS MEAT, LLC, | No. 4:22-CV-01572 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| INZL CORPORATION, | |
| Defendant, | |

# ORDER

**MARCH 31, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Nicholas Meat's Motion for Default Judgment (Doc. 8) is **GRANTED**;

2. Nicholas Meat is awarded a total sum of $128,385.90, consisting of $123,473.30 in damages and $4,912.60 in interest; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge